IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID A. HUDAK,

    Plaintiff,

vs.                                    CASE NO. 5:08cv46/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion to Dismiss (Doc. 13) will be treated as a motion for summary judgment under Fed. R. Civ. P. 56(b) and is granted. The clerk is directed to enter summary final judgment for Defendant.

3. The clerk is directed to close the file.

**ORDERED** on September 11, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**